1  STEVEN G. KALAR
   Federal Public Defender
2  HEATHER M. ANGOVE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   heather_angove@fd.org
5

6  Counsel for Defendant,
   ANTHONY TANGI FOLAU MOSE
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA,        )   No. CR 13-00261 RMW
11                                   )
                Plaintiff,            )   **STIPULATION TO CONTINUE STATUS**
12                                   )   **CONFERENCE;  ORDER**
    vs.                              )
13                                   )
    ANTHONY TANGI FOLAU MOSE,        )
14                                   )
                Defendant.            )
15  _____ )

16                          **STIPULATION**

17     Defendant Anthony Tangi Folau Mose, by and through Assistant Federal Public

18  Defender Heather M. Angove, and the United States, by and through Assistant United States

19  Attorney David Callaway, hereby stipulate that, with the Court's approval, the status hearing

20  currently set for April 14, 2014 at 9:00 a.m., shall be continued to May 12, 2014 at 9:00 a.m.

21     The request for the continuance is as follows: the Probation Office may still be

22  conducting a forensic review of Mr. Mose's cell phone and computer for any additional

23  ///

24  ///

25  ///

26
    STIPULATION TO CONTINUE STATUS
    CONFERENCE;  ORDER
    CR 13-00261 RMW                         1

violations. Therefore, the additional time will allow for the parties to discuss a resolution of any additional allegations at the same time as the current allegations set forth in the Form 12.

IT IS SO STIPULATED.

Dated: April 10, 2014

                                               /s/
                                               HEATHER M. ANGOVE
                                               Assistant Federal Public Defender

Dated: April 10, 2014

                                               /s/
                                               DAVID CALLAWAY
                                               Assistant United States Attorney

## [] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the status hearing in this matter shall be continued from April 14, 2014 at 9:00 a.m., to May 12, 2014 at 9:00 a.m.

IT IS SO ORDERED.

Dated: _____, 2014

*/s/ Ronald M. Whyte*

THE HONORABLE RONALD M. WHYTE
United States District Court Judge

STIPULATION TO CONTINUE STATUS
CONFERENCE; ORDER
CR 13-00261 RMW                                      2